JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARINE MAMANN,<br><br>       Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through DOE 50, inclusive,<br><br>       Defendants. | CASE NO.: CV 17-5952-GW(JPRx)<br><br>Assigned to: Hon. George H. Wu<br>Magistrate Jean P. Rosenbluth<br><br>**JUDGMENT AFTER TRIAL**<br><br>Trial Date: November 27, 2018 |

    This action came on regularly for trial from November 27, 2018 through and including November 30, 2018, in Courtroom 9D of the United States District Court, the Honorable George H. Wu presiding. Plaintiff Carine Mamann appeared by and through her attorneys Benjeman R. Beck and Michael Ouziel of Consumer Law Experts, PC. Defendant Jaguar Land Rover North America, LLC., appeared by and through its attorneys Brian Takahashi and Freddy I. Fonseca of Bowman and Brooke LLP.

/ / /

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and returned its verdict, finding in favor of Jaguar Land Rover North America, LLC.

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment in the action be entered as follows:

In accordance with the verdict form dated November 30, 2018, judgment is entered in favor of Jaguar Land Rover North America, LLC and against Plaintiff Carine Mamann who shall recover nothing from Jaguar Land Rover North America, LLC. Jaguar Land Rover North America, LLC shall recover costs from Plaintiff Carine Mamann as determined by the Clerk of the Court.

DATED: December 7, 2018

_____
Honorable George H. Wu
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2018, I filed the foregoing document entitled **[PROPOSED] JUDGMENT AFTER TRIAL** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                         */s/ Freddy I. Fonseca*